**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

WILLIAM P. ZANDER,

     Plaintiff - Appellant,

v.

KNIGHT TRANSPORTATION, INC.;
GLEN PALMER, JASON JONES,
SHAWN BELL, KEVIN PREWITT,
MICHAEL HITCHCOCK, DAVID
SHOBE, individually and as employees of
Knight Transportation, Inc.,

     Defendants - Appellees.

No. 16-3018
(D.C. No. 5:13-CV-04016-KHV-GLR)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **McKAY**, and **O'BRIEN**, Circuit Judges.
_____

William P. Zander has filed this frivolous pro se appeal challenging the district

court's dismissal of his employment action and imposition of $1,000.00 in attorney's

fees as a sanction for his noncompliance with discovery orders. The original

discovery deadline was November 22, 2013, but via misconduct and dilatory tactics,

---

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Mr. Zander delayed the date of his deposition until May 27, 2015. On that date, he still failed to appear, despite multiple judicial directives to submit to a deposition, a previous sanction of $500.00, and repeated warnings that noncompliance with discovery could result in dismissal. Consequently, a magistrate judge issued a report evaluating the *Ehrenhaus* factors[1] and recommending the case be dismissed with prejudice and attorney's fees of $1,000.00 be imposed for Mr. Zander's noncompliance. *See* Fed. R. Civ. P. 37(b)(2)(A)(v), (d)(3). On de novo review, the district court entered an order adopting the recommendation in its entirety.

Mr. Zander has now filed an incomprehensible brief on appeal, which is attached to this order and judgment. He indicates "the courts rigged everything," and his "printer broke so [he] know[s] the corruption of the court." Aplt. Br. at 1. He also says someone perpetrated a fraud on the court, and he concludes with vague political and race-based remarks. We afford these pro se comments a liberal construction, but Mr. Zander has forfeited appellate review by failing to articulate any coherent argument supported by adequate legal authority. *See Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840-41 (10th Cir. 2005); *see also Bronson v. Swensen*, 500 F.3d 1099, 1104 (10th Cir. 2007) ("[W]e routinely have declined to consider arguments that are not raised, or are inadequately presented, in an

---

[1] *See Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992).

2

appellant's opening brief.").  Therefore, the district court's judgment is affirmed.

Entered for the Court


Terrence L. O'Brien
Circuit Judge

FRAUD ON
THE COURT
AND 60 B³

PLAINT SENT CERTIFIED
MAIL ASKING
TO USE
HIS
EMAIL.

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ZANDER

Plaintiff/Petitioner - Appellant,

v.

JENKINS TRANSPORTATION

Defendant/Respondent - Appellee.

Case No. **16-3018**

Appellant's Opening Brief

2016 MAR 30 AM 3:19

THE COURTS
RIGGED EVERYTHING

## NOTICE AND INSTRUCTIONS

If you proceed on appeal pro se, the court will accept a properly completed Form A-12 in lieu of a formal brief. This form is intended to guide you in presenting your appellate issues and arguments to the court. If you need more space, additional pages may be attached. A short statement of each issue presented for review should precede your argument. Citations to legal authority may also be included. This brief should fully set forth all of the arguments that you wish the court to consider in connection with this case.

New issues raised for the first time on appeal generally will not be considered. An appeal is not a retrial but rather a review of the proceedings in the district court. A copy of the completed form must be served on all opposing counsel and on all unrepresented parties and a proper certificate of service furnished to this court. A form certificate is attached.

PLAINTIFF SENT

THE COURT
CERTIFIED MAIL
HIS LUZANDER70@GMAIL.COM

PLAINTIFF SENT
PLAINTIFF PRINTER
BROKE SO I KNOW THE
CORRUTION OF THE COURT
SO THIS IS ALL I CAN DO
TELL I THY ANSWER BACK

## APPELLANT/PETITIONER'S OPENING BRIEF

**1.   Statement of the Case.**  (This should be a <u>brief</u> summary of the proceedings in the district court.)

FRAUD ON THE COURT AND RULE 60 B

1000% DIRECT PROOF

ON SA

AGAINST AMS LAW JUDGE & INVESTIGACON

**2.   Statement of Facts Relevant to the Issues Presented for Review.**

FEDERAL RULE 60B AND FRAUD ON THE COURT

EX PARTE COMMUNICATION WITH THE

JUDGE. WE KNEW ABOUT THE

CRIME PLAINTIFF HAS ALL THE

DOCUMENT'S TO PROVE IT

RUMSFELD, @ RIGGED SANCTION

TO COVER UP CRIMES

---

## APPELLANT/PETITIONER'S OPENING BRIEF

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.)

FRAUD ON THE COURT AND RULE 60'E
RIGGED OHSD AND DEFENDENTS
ARE NABBITUAL LIARS

2. **Statement of Facts Relevant to the Issues Presented for Review.**

EXPARTE COMMUNICATION WITH THE
JUDGE. WE KNEW ABOUT THE
CRIME PLAINTIFF HAS ALL THE
DOCUMENTS TO PROVE IS

1000°% DIRECT

FILING COMPLAINT AGAINST
THREE JUDGES RUSHFELT
ROGERS URATIC JUDISCAL

3. **Statement of Issues.**

a.    **First Issue:**

FRAUD RIELE OSHA INVESTIGATION

**Argument and Authorities:**

DIRECT EVIDENCE
THEIR HATRED FOR OBAMA S
BLACK SKIN

*(handwritten annotation, top right):* NEALT CARE PLAN DESTROYED BAD COBRA LETTER OSHA INVESTIGATION

b.    **Second Issue:**

ERISA PLANS DESTROYED

**Argument and Authorities:**

ERISA FRAUD   HATRED FOR OBAMA BLACK SKIN

DIRECT EVIDENCE

THREATEN PLAINTIFF WITH

ARREST FOR REPORTING

CRIME AND DISCRIMINATION

AND CORRUPTION

3. **Statement of Issues.**

   a. **First Issue:**

   FRAUD RICE OSHA INVESTIGATION

   **Argument and Authorities:**

   DIRECT EVIDENCE
   UNITED STATES VS YATES

   b. **Second Issue:**

   ERISA PLANS DESTROYED

   **Argument and Authorities:**

   ERISA FRAUD
   DIRECT EVIDENCE

4. Do you think the district court applied the wrong law? If so, what law do you want applied?

YES    FRAUD

5. Did the district court incorrectly decide the facts? If so, what facts?

EX PARTE    COMMUNICATION

6. Did the district court fail to consider important grounds for relief? If so, what grounds?

YES    FRAUD    DIRECT    EVIDANCE

7. Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?

FRAUD    DIRECT    EVIDANCE

8. What action do you want this court to take in your case?

OVERTURN THIS AND    LEC AMS JUGDR NAWONE OSHA

9. Do you think the court should hear oral argument in this case? If so, why?

YES    FRAUD AND SPOIL ACTION ACAINS PRESIDANC OBAMA

03/27/15
Date

_____
Signature

A-12 Appellant/Petitioner's Opening Brief - 06/09                    Page 4

## CERTIFICATE OF SERVICE

I hereby certify that on ___03/27/16___ I served a copy of
(date)

the Appellant/Petitioner's Opening Brief to _____

_____ , at _____
(Opposing Party or Attorney)

_____ , the last known address/email

address, by ___MAIL___ .    EMAIL, Con
(state method of service)

___03/27/16___          _____
Date                              Signature

---

## CERTIFICATE OF COMPLIANCE

I certify that the total number of pages I am submitting as my
Appellant/Petitioner's Opening Brief is 30 pages or less or alternatively, if the
total number of pages exceeds 30, I certify that I have counted the number of
words and the total is                    , which is less than 14,000. I understand
that if my Appellant/Petitioner's Opening Brief exceeds 14,000 words, my brief
may be stricken and the appeal dismissed.

___02/27/16___          _____
Date                              Signature

---

## CERTIFICATE OF SERVICE

I hereby certify that on _03/28/16_ I served a copy of
                                          (date)

the Appellant/Petitioner's Opening Brief to _10 to CISSCWC_

_POSTNER_ , at _DEN/TC MO_
(Opposing Party or Attorney)

_____ , the last known address/email

address, by ___MAILED___ .
            (state method of service)

_03/27/16_ _____  _William P Zwank_
Date                          Signature

_PLAINT NAS FERAUD AND FED GO BIS_

## CERTIFICATE OF COMPLIANCE

I certify that the total number of pages I am submitting as my
Appellant/Petitioner's Opening Brief is 30 pages or less or alternatively, if the
total number of pages exceeds 30, I certify that I have counted the number of
words and the total is _____ , which is less than 14,000. I understand
that if my Appellant/Petitioner's Opening Brief exceeds 14,000 words, my brief
may be stricken and the appeal dismissed.

_02/27/16_ _____  _William P Zwank_
Date                          Signature

---

A-12 Appellant/Petitioner's Opening Brief - 06/09        Page 5



**NO PO BOX**
¡NO DIRECCIONES DE PO BOX!

**TRIPPAK OVERNIGHT** From Pegasus TransTech
OVERNIGHT DELIVERY

8 92168 00011 0

DENVER CO 80257
P: BLACK s:5MG    I:5E
ELDR-RDR    1500
U562160Z533
HHP4LRL CODEN306 Mar 30 00:16:31 2016
US 0001 HIP 16.3.5 LP2044

UPS SHIPPER NUMBER
095EF4

095EF4

DATE OF SHIPMENT

REFERENCE NUMBER    TELEPHONE
405-694-1972

FROM
William 2...

TO
UNITED STATES 16 CIRCUIT
1823 STOUT STREET
DENVER CO 80257

**PREPAID LETTER**

UPS Next Day Air Saver®
Shipping Document

UPS Next Day Air Saver®
TRACKING NUMBER
U562 160 Z33

EXPIRATION DATE
01/21/17

02019525412 1/05 MW    United Parcel Service, Louisville, KY

Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS®.com

1. Fill in Address completely. UPS will NOT del to PO BOX addresses.

2. Retain shipper's copy (middle copy) of label your records and package tracking number. L UPS copy (top) attached to package.

3. Drop in the nearest TripPak EXPRESS® drop box, conveniently located at most major truck nationwide.

For Express shipments only within the 48 contiguous United States. F TripPak Drop Box locations and package tracking: pegasustranstech.co

Llámenos 1-800-PICK-UPS® (1-800-742-5877) o visite UPS®.com

1. Llene la dirección completamente. UPS NO realiza entregas a direc de PO BOX.

2. Retener la copia del remitente (la copia de en medio) de la etiquet número de identificación del paquete para su archivo. Deje la copia c (la copia original) adjunta al paquete.

3. Deposite en el TripPak EXPRESS® buzón más cercano, localizadas convenientemente en la mayoría de estaciones de camiones a nivel n

Envíos Express únicamente para los 48 estados contiguos de los Estados Unidos. Para localizar los buzon y monitoreo de paquetes: pegasustranstech.com

**PEGASUS TRANSTECH**

Do NOT send cash, cash equivalent or jewelry. Limitation of li UPS® TARIFF/TERMS AND CONDITIONS OF SERVICE F PACKAGE SHIPMENTS IN THE UNITED STATES.

No enviar efectivo, equivalentes de efectivo o joyería. Limitaciones de responsabilidad: TARIFF/TERMINOS Y CONDICIONES POR SERVICIO DE ENVIO DE PAQUETES ESTADOS UNIDOS.

UPS, 1-800-PICK-UPS and UPS.COM are trademarks that are used with permission by its owner, United Parcel Service of America, Inc. All rights reserved. UPS, 1-800-PICK-UPS y UPS.COM son marcas registradas utilizadas con el permiso de su propietario, United Parcel Service of America, Inc. Todos los derechos reservados.